IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE)

|  |  |
|---|---|
| MICHAEL H. HOLLAND, et al., TRUSTEES OF THE UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND, <br><br> Plaintiffs, <br> v. <br><br> A.T. MASSEY COAL CO. et al., <br><br> Defendants. | No. 04-679-RDB |

**PLAINTIFF TRUSTEES' NOTICE OF DISMISSAL**

There are 135 named defendants in this lawsuit.  Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs Michael H. Holland et al., Trustees of the United Mine Workers of America Combined Benefit Fund, hereby file this notice of dismissal of the following defendants: Asarco Inc. and Sunrise Mining, Inc.  Dismissal of the above-named defendants is without prejudice.

Respectfully submitted,

/s/
William J. Murphy – No. 00497
John J. Connolly – No. 09537
 Murphy & Shaffer LLC
 36 S. Charles St., Suite 1400
 Baltimore, MD 21201
 (410) 783-7000

/s/
Stephen J. Pollak
Howard R. Rubin – No. 16009
John Townsend Rich – No. 05794
Jeffrey D. Fox – No. 16000
 Shea & Gardner
 1800 Massachusetts Avenue, N.W.
 Washington, DC  20036
 (202) 828-2000

Attorneys for Plaintiffs Michael H. Holland, et al.,
Trustees of the UMWA Combined Benefit Fund

March 24, 2004

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have, this 24th day of March 2004, served the foregoing Plaintiff Trustees' Notice of Dismissal by causing copies thereof to be delivered by first-class mail, postage prepaid, as follows:

APPALACHIAN CONSTRUCTION INC.
c/o Holroyd & Yost
209 West Washington Street
Charleston, WV 25302

ASARCO INC.
c/o CT Corp. System
111 Eighth Avenue
New York, NY 10011

ATLAS ALLOYS, INC.
P.O. Box 297
Atlasburg, PA 15004

B & L EXCAVATION CO. INC.
Box 467
Lynco, WV 24857

B H & H COAL CO. INC.
1008 Fifth Ave.
Ford City, PA 16226

BEAR COAL CO. INC.
c/o Bear Daniel, P.O. Box 1754
Paonia, CO 81428

BERRY TRUCKING CO. INC.
Box 290
Glasgow, WV 25086

CHARBON BRIDGE INC.
P.O. Box 249
Madisonville, KY 42431

CONTINENTAL CONVEYOR & EQP CO.
P.O. Box 400
Winfield, AL 35594

CONTRACTING ENGINEERING
148 Bristol East Road
Bristol, VA 24202

DERBY SURFACE INC.
P.O. Box 940
Big Stone Gap, VA 24219

FETTEROLF GROUP, INC.
227 New Centerville Road
Somerset, PA 15501

GEM COAL CO.
1077 Virginia Road
Cheyenne, WY 82009-8034

JONES GENE R TRUCKING, INC.
243 Ridge Ave.
Homer City, PA 15748

MATT MINING COMPANY, INC.
P.O. Box 940
Big Stone Gap, VA 24219

OLD CIRCLE COAL CO.
P.O. Box 3127
Pikesville, KY 41501

SODDER TRUCKING CO., INC.
P. O. Box 237
Alloy, WV 25002

                                          237 Main Street  
                                          Grundy, VA 24614

SUNRISE MINING, INC.

                                          /s/  
                                _____  
                                      Howard R. Rubin