ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2004 MAR 30  A 9:54

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | | |
|---|---|---|
| Michael H. Holland, et al. | * | |
| **Plaintiff(s)** | * | |
| vs. | * | Case No.: 04-cv-00679-RDB |
| A.T. Massey Coal Co., et al. | * | |
| **Defendant(s)** | | |

\*\*\*\*\*\*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Jeffrey D. Fox, am a member in good standing of the bar of this Court. My bar number is 16000. I am moving the admission of Stephen J. Pollak to appear *pro hac vice* in this case as counsel for Michael H. Holland, et al., as Trustees of the UMWA Combined Benefit Fund.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| District of Columbia | March 13, 1957 |
| U.S. District Court for the District of Columbia | March 13, 1957 |
| (See Attachment 1 for other bar memberships) | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 1 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules

of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.   The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.   Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.   **The $50.00 fee for admission *pro hac vice* is enclosed.**  (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

8.   The completed Electronic Case Files Attorney Registration Form is enclosed.

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _____ | _____ |
| Signature | Signature |
| Jeffrey D. Fox | Stephen J. Pollak |
| Printed Name | Printed Name |
| Shea & Gardner | Shea & Gardner |
| Firm | Firm |
| 1800 Massachusetts Ave., N.W., Washington, DC 20036 | 1800 Massachusetts Ave., N.W., Washington, DC 20036 |
| Address | Address |
| 202-828-4336 | 202-828-2090 |
| Telephone Number | Telephone Number |
| 202-828-2195 | 202-828-2195 |
| Fax Number | Fax Number |

*****************************************************************

## ORDER

☒ GRANTED        ☐ DENIED

_3-31-04_                    Felicia C. Cannon

Date                         Clerk, United States District Court

                             by: _____

**Motion for Admission *Pro Hac Vice* of Stephen J. Pollak**
Attachment 1 (Additional Bar Memberships of Stephen J. Pollak)

| Court | Date of Admission |
| --- | --- |
| Supreme Court of the United States | October 1961 |
| D.C. Circuit | March 13, 1957 |
| First Circuit | November 5, 1993 |
| Third Circuit | April 10, 1984 |
| Fourth Circuit | April 7, 1961 |
| Sixth Circuit | August 17, 1984 |
| Seventh Circuit | May 23, 1962 |
| Tenth Circuit | May 22, 1978 |
| Eleventh Circuit | July 31, 1986 |

CERTIFICATE OF SERVICE

I hereby certify that I have, this 29th day of March 2004, served the foregoing Motion for Admission <u>Pro</u> <u>Hac</u> <u>Vice</u> of Stephen J. Pollak and Electronic Case Files Attorney/Participant Registration Form upon the parties who have not registered for electronic filing by causing copies thereof to be delivered by first-class mail, postage prepaid, as follows:

APPALACHIAN CONSTRUCTION INC.
c/o Holroyd & Yost
209 West Washington Street
Charleston, WV 25302

ATLAS ALLOYS, INC.
P.O. Box 297
Atlasburg, PA 15004

B & L EXCAVATION CO. INC.
Box 467
Lynco, WV 24857

B H & H COAL CO. INC.
1008 Fifth Ave.
Ford City, PA 16226

BEAR COAL CO. INC.
c/o Bear Daniel, P.O. Box 1754
Paonia, CO 81428

BERRY TRUCKING CO. INC.
Box 290
Glasgow, WV 25086

CHARBON BRIDGE INC.
P.O. Box 249
Madisonville, KY 42431

CONTINENTAL CONVEYOR & EQP CO.
P.O. Box 400
Winfield, AL 35594

CONTRACTING ENGINEERING
148 Bristol East Road
Bristol, VA 24202

DERBY SURFACE INC.
P.O. Box 940
Big Stone Gap, VA 24219

FETTEROLF GROUP, INC.
227 New Centerville Road
Somerset, PA 15501

GEM COAL CO.
1077 Virginia Road
Cheyenne, WY 82009-8034

JONES GENE R TRUCKING, INC.
243 Ridge Ave.
Homer City, PA 15748

MATT MINING COMPANY, INC.
P.O. Box 940
Big Stone Gap, VA 24219

OLD CIRCLE COAL CO.
P.O. Box 3127
Pikesville, KY 41501

SODDER TRUCKING CO., INC.
P. O. Box 237
Alloy, WV 25002

-2-

Elliot Schulder, Esq.
COVINGTON & BURLING
1201 Pennsylvania Ave., N.W.
Washington, DC 20004

R. Michael Smith, Esq.
DECHERT LLP
1775 I Street, N.W.
Washington, DC 20006

Brian G. Kennedy, Esq.
Federal Programs Branch, Civil Division
Department of Justice
P.O. Box 883
Ben Franklin Station
Washington, DC  20044

Helen G. Kirsch, Esq .
REED SMITH LLP
Suite 1100-East Tower
1301 K Street, N. W.
Washington, DC 20005

Margaret S. Lopez, Esq.
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
2400 N Street, N.W., Fifth Floor
Washington, DC 20037

Mary Lou Smith, Esq.
HOWE, ANDERSON & STEYER, P.C.
815 Connecticut Ave., N.W., Suite 620
Washington, DC 20006

_____
　　　　　　　　Jeffrey D. Fox