IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE)

|  |  |
|---|---|
| MICHAEL H. HOLLAND, et al., TRUSTEES OF THE UNITED MINE WORKERS OF AMERICA COMBINED BENEFIT FUND,<br><br>Plaintiffs,<br>v.<br><br>A.T. MASSEY COAL CO. et al.,<br><br>Defendants. | No. 04-679-RDB |

**PLAINTIFF TRUSTEES' NOTICE OF DISMISSAL**

There are 133 named defendants in this lawsuit. Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiffs Michael H. Holland et al., Trustees of the United Mine Workers of America Combined Benefit Fund, hereby file this notice of dismissal of the following 76 defendants: A. T. Massey Coal Co., Aloe Energy Company Corporation, American Electric Power Company, Inc., Andalex Resources, Inc., Apogee Coal Company, Bellaire Corp, Inc., Bologna Coal Company, Bortz Corporation, Bunch Construction Co., Canterbury Coal Co., Carbon Industries, Inc., Cedar Coal Company, Central Ohio Coal Co., Charles J. Merlo Inc., Chisholm Mining Company, Cleveland-Cliffs Inc., Cliffs Mining Company, Commercial Land Company, Inc., Consolidation Coal Company, Cumberland River Coal Company, Duke Energy Corp., Eastern Associated Coal Corp., Freeman United Coal Mining Co., G M & W Coal Company, Gateway Coal Company, Gilbert Imported Hardwood Inc., Helvetia Coal Co., Hobet Mining, Inc., Island Creek Coal Co., Jericol Mining, Inc., Kanawha Coal Company, Kentucky Carbon Corp., Keystone Coal Mining Corp., Laurel Run Mining Co., Lynn Land Company, Maple Meadow Mining Company, Marmon

Coal Company, Massey Coal Services, Inc., Maxus Energy Corp., MeadWestvaco Corporation, Mueller Industries, NACCO Industries, National Bulk Carriers, Inc., Nell-Jean Industries, Inc., North Cambria Fuel Company, Norton (David Z) Co., Omar Mining Co., Palmer Coking Coal Co., Peabody Coal Co., Peerless Eagle Coals, Inc., Penn Pocahontas Coal Company, Pennzoil-Quaker State Company, Perry & Hylton, Inc., Quarto Mining Company, R & B Falcon Drilling (International & Deepwater) Inc., Rawl Sales and Processing Company, Red Ash Sales Company, Inc., Rochester & Pittsburgh Coal Co., Ruhrkohle Trading Corporation, Saginaw Mining Company, Shawmut Development Corporation, Shenango, Inc., Southern Ohio Coal Company, Stelco Coal Co., Stelco USA, Inc., Tennessee Consolidated Coal Co., Tesone Land Co., The Valley Camp Coal Company, Trace Fork Coal Co., Turner Elkhorn Mining Co., U S Natural Resources, Inc., United States Fuel Co., United States Steel Corporation f/k/a USX Corporation, Westmoreland Coal Company, Westmoreland Coal Sales Company and Windsor Coal Company.

The 76 defendants listed above, or companies that are "related persons" to those defendants within the meaning of § 9701(c)(2) of the Coal Industry Retiree Health Benefit Act of 1992, 26 U.S.C. § 9701(c)(2), are plaintiffs in a related case pending in this Court in which the Trustees are named defendants. A.J. Taft Coal Co. v. Barnhart, No. 1:03-cv-3389-RDB (D. Md.). The Trustees and the 76 defendants have agreed to litigate the claims that are the subject of the instant action in the A.J. Taft case.

Dismissal of the above-named defendants is without prejudice.

                Respectfully submitted,

                /S/

                Stephen J. Pollak
                Howard R. Rubin – No. 16009
                John Townsend Rich – No. 05794
                Jeffrey D. Fox – No. 16000
                  Shea & Gardner
                  1800 Massachusetts Avenue, N.W.
                  Washington, DC  20036
                  (202) 828-2000

                William J. Murphy – No. 00497
                John J. Connolly – No. 09537
                 Murphy & Shaffer LLC
                 36 S. Charles St., Suite 1400
                 Baltimore, MD 21201
                 (410) 783-7000

                Attorneys for Plaintiffs Michael H. Holland, et al.,
                Trustees of the UMWA Combined Benefit Fund

April 12, 2004

CERTIFICATE OF SERVICE

I hereby certify that I have, this 12th day of April 2004, served the foregoing Plaintiff Trustees' Notice of Dismissal upon the parties who have not registered for electronic filing by causing copies thereof to be delivered by first-class mail, postage prepaid, as follows:

APPALACHIAN CONSTRUCTION INC.
c/o Holroyd & Yost
209 West Washington Street
Charleston, WV 25302

ATLAS ALLOYS, INC.
P.O. Box 297
Atlasburg, PA 15004

B & L EXCAVATION CO. INC.
Box 467
Lynco, WV 24857

B H & H COAL CO. INC.
1008 Fifth Ave.
Ford City, PA 16226

BEAR COAL CO. INC.
c/o Bear Daniel, P.O. Box 1754
Paonia, CO 81428

BERRY TRUCKING CO. INC.
Box 290
Glasgow, WV 25086

CHARBON BRIDGE INC.
P.O. Box 249
Madisonville, KY 42431

CONTINENTAL CONVEYOR & EQP CO.
P.O. Box 400
Winfield, AL 35594

CONTRACTING ENGINEERING
148 Bristol East Road
Bristol, VA 24202

DERBY SURFACE INC.
P.O. Box 940
Big Stone Gap, VA 24219

FETTEROLF GROUP, INC.
227 New Centerville Road
Somerset, PA 15501

GEM COAL CO.
1077 Virginia Road
Cheyenne, WY 82009-8034

JONES GENE R TRUCKING, INC.
243 Ridge Ave.
Homer City, PA 15748

MATT MINING COMPANY, INC.
P.O. Box 940
Big Stone Gap, VA 24219

OLD CIRCLE COAL CO.
P.O. Box 3127
Pikesville, KY 41501

SODDER TRUCKING CO., INC.
P. O. Box 237
Alloy, WV 25002

/S/
_____
Howard R. Rubin