# AKIN GUMP
# STRAUSS HAUER & FELD LLP

━━━━━━━━ Attorneys at Law

**REED L. RUSSELL**
202.887.4142/fax: 202.887.4288
rrrussell@akingump.com

April 13, 2004

APR 13 2004

AT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Deputy

VIA FIRST CLASS MAIL

Ms. Evaleen Gibbons, Docket Clerk
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re: *Holland v. AJ Taft Coal Co.*, RDB-04-CV-679

Dear Ms. Gibbons:

Our firm represented defendant Big Horn Coal Co. in the above-referenced matter while it was pending before Judge Richard J. Leon in the United States District Court for the District of Columbia (1:03CV05123(RJL)). Michele Harrington Murphy was counsel of record and received service of all documents through the CM/ECF system. On November 24, 2003, Judge Leon entered an Order dismissing Big Horn Coal Co. from the action. We have attached that Order to this letter.

Mrs. Murphy should no longer be receiving notification through the CM/ECF system. By this letter, we are requesting that you please remove her from the service list. Please do not hesitate to contact me if you have any questions.

Sincerely,

Reed L. Russell

Enclosure

cc:    Michele H. Murphy

APR 1 3 2004

AT
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 2 4 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICHAEL H. HOLLAND, et al.,          )
TRUSTEES OF THE UNITED MINE          )
WORKERS OF AMERICA COMBINED          )
BENEFIT FUND,                        )
                                     )
        Plaintiffs,                  )
                                     )
        v.                           )        Civil Action No. 03-01523 (RJL)
                                     )
                                     )
A. T. MASSEY COAL CO. et al.,        )
                                     )
        Defendants.                  )
                                     )

**ORDER**

This matter came before this Court on the Joint Motion of Plaintiff Trustees of the

UMWA Combined Benefit Fund and Defendant Big Horn Coal Co. to Dismiss Defendant Big

Horn Coal Co. with Prejudice.  Having considered the joint motion and the entire record, it is,

this 24th day of _____N N_____, 2003, hereby **ORDERED AND ADJUDGED** that

    1.    The joint motion is **GRANTED**;

    2.    Defendant Big Horn Coal Co. is dismissed, with prejudice, from this action.

_____
Richard J. Leon
United States District Judge