# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Michael H. Holland, et al, Trustees of
the United Mine Workers fo America     *
Combi

                Plaintiff     *     Civil No. RDB-04-679

      v.     *

   Altlas Alloys, Inc., et al     *

                  ******

Defendants

## ORDER OF DEFAULT

It appearing from the records and/or affidavit that the summons and Complaint were properly served upon the above named Defendants Atlas Alloys, Inc., B H & H Coal Co., B & L Excavation Co. Inc., Charbon Bridge Inc., Continental Conveyor & Eqp Co., Contracting Engineering, Derby Surface, Inc., Fetterolf Group, Inc., Gene R Jones Trucking, Inc., Matt Mining Company, Inc.,Old Circle Coal Co.and Sodder Trucking Co., on July 15, 2003 and Gem Coal, Inc., on July 16, 2003 and that the time for said Defendants to plead or otherwise defend expired on August 4th and 5th, 2003, and that said Defendants has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendant is entered this __8th__ day of February, 2005.

                                    FELICIA C. CANNON, CLERK
                      By: _____/s/_____
                                  Pete Thompson
                                  Deputy Clerk

U.S. District Court (Rev. 1/2000) - Order of Default