IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE)

| | |
|---|---|
| A.T. MASSEY COAL COMPANY et al., ) | |
| ) | |
| Plaintiffs ) | |
| v. ) | No. 03-3389-RDB |
| ) | |
| JO ANNE B. BARNHART, COMMISSIONER ) | |
| OF SOCIAL SECURITY et al., ) | |
| ) | |
| Defendants. ) | |

| | |
|---|---|
| MICHAEL H. HOLLAND et al., ) | |
| TRUSTEES OF THE UNITED MINE ) | |
| WORKERS OF AMERICA COMBINED ) | |
| BENEFIT FUND, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 04-679-RDB |
| ) | |
| ATLAS ALLOYS, INC. et al., ) | |
| ) | |
| Defendants. ) | |

**PLAN FOR DISPOSITION OF CASES**

In response to the Court's March 5, 2007 Letter Order entered in the above-captioned cases, the parties in A. T. Massey, No. 03-3389 (the plaintiff coal operators, defendant Barnhart and defendant Trustees of the UMWA Combined Benefit Fund ("Trustees")) and in Holland, No. 04-679 (the plaintiff Trustees) submit this Plan for Disposition of Cases. As set forth below, the parties in A. T. Massey anticipate that they will soon have reached a settlement resolving all remaining issues in the case and request an additional 45 days to formalize the settlement and to file appropriate papers for final disposition of the case. In Holland, the plaintiff Trustees are

preparing to dismiss that lawsuit, which is pending against defendant coal operators that are not parties to A. T. Massey and have not answered or otherwise appeared in Holland.

In support of their Plan for Disposition of Cases, the parties state as follows:

1. Since the last status report to the Court submitted in A. T. Massey by counsel for the defendant Trustees on February 9, 2007, the parties in A. T. Massey have engaged in settlement discussions which have resulted in an agreement in principle that will resolve all remaining issues in that case.

2. The parties in A. T. Massey are currently engaged in preparing a written settlement agreement and are conducting further discussions to reach an understanding on the specifics as to how the settlement will be executed.

3. Accordingly, counsel for the parties in A. T. Massey respectfully request that the Court provide them with a period of 45 days in which to formalize their settlement agreement and to file the appropriate papers for final disposition of the case.

4. The Trustees, in their capacity as plaintiffs in Holland, are preparing to dismiss that lawsuit voluntarily pursuant to Fed. R. Civ. P. 41(a). The Trustees anticipate no further proceedings in Holland.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ <br> John R. Woodrum <br> Margaret S. Lopez <br> W. Gregory Mott <br> Ogletree, Deakins, Nash, Smoak & Stewart, P.C. <br> 2400 N Street, N. W., Fifth Floor <br> Washington, DC  20037 <br> Tel: (202) 887-0855 <br> Fax: (202) 887-0866 | _____/s/_____ <br> Mary Lou Smith <br> (signed by John R. Woodrum <br> with permission of Mary Lou Smith) <br> Robert J. Weil <br> Howe, Anderson & Steyer, P.C. <br> 815 Connecticut Ave., N.W., Suite 620 <br> Washington, DC  20006 <br> Tel: (202) 296-5680 <br> Fax: (202) 331-8049 |
| _____/s/_____ <br> Elliott Schulder <br> (signed by John R. Woodrum <br> with permission of Elliott Schulder) <br> Carrie Anne Harney <br> Covington & Burling <br> 1201 Pennsylvania Ave., N.W. <br> Washington, DC  20004 <br> Tel: (202) 662-6000 <br> Fax: (202) 662-6291 | _____/s/_____ <br> Vernon Francis <br>  (signed by John R. Woodrum <br> with permission of Vernon Francis) <br> Dechert LLP <br> 1775 I Street, N.W. <br> Washington, DC  20006 <br> Tel: (202) 261-3300 <br> Fax: (202) 261-3333 |

_____/s/_____
Douglas K. Spaulding
(signed by John R. Woodrum
with permission of Douglas K. Spaulding)
Reed Smith LLP
Suite 1100 - East Tower
1301 K Street, N.W.
Washington, DC  20005
Tel: (202) 414-9200
Fax: (202) 414-9299

Attorneys for A.T. Massey Coal Company *et al*.
(Plaintiffs in <u>A. T. Massey</u>, No. 03-3389)

   /s/
Brian G. Kennedy  - No. 228726
United States Department of Justice
Civil Division, Federal Programs Branch
Room 6104
20 Massachusetts Ave., N.W.
Washington, DC   20001
Tel: (202) 514-3357
Fax: (202) 616-8470

Attorney for Commissioner Barnhart
(Defendant in A. T. Massey, No. 03-3389)


|  /s/ | /s/ |
|---|---|
| Howard R. Rubin - No. 16009 | Stephen J. Pollak |
| William E. Copley III | John Townsend Rich - No. 05794 |
| Sonnenschein Nath & Rosenthal LLP | (by Howard R. Rubin with permission |
| 1301 K Street, N.W. | of Stephen J. Pollak) |
| Suite 600, East Tower | Goodwin Procter LLP |
| Washington, D.C.  20005 | 901 New York Ave., N.W. |
| Ph: (202) 408-9164 | Washington, D.C.  20001 |
| Fax: (202) 408-6399 | Ph: (202) 346-4000 |
|  | Fax: (202) 346-4444 |

           William J. Murphy - No. 00497
           John J. Connolly - No. 09537
           Murphy & Shaffer LLC
           36 S. Charles St., Suite 1400
           Baltimore, MD  21201
           Ph: (410) 783-7000
           Fax: (410) 783-8823

Attorneys for Michael H. Holland *et al.*,
Trustees of the UMWA Combined Benefit Fund
(Defendants in A. T. Massey, No. 03-3389 and Plaintiffs in Holland, No. 04-679)

March 9, 2007