IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2007 MAR 12  P 2: 46

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

MICHAEL H. HOLLAND et al., TRUSTEES
OF THE UNITED MINE WORKERS OF
AMERICA COMBINED BENEFIT FUND,

        Plaintiffs,

        v.

ATLAS ALLOYS, INC. et al.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

No. 04-679-RDB

## PLAINTIFF TRUSTEES' NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiffs Michael H. Holland et al., Trustees of

the UMWA Combined Benefit Fund hereby submit this notice dismissing the instant action

against the 13 remaining defendants -- Atlas Alloys, Inc., B H & H Coal Co. Inc., B & L

Excavation Co., Inc., Charbon Bridge Inc., Continental Conveyor & Eqp Co., Contracting

Engineering, Derby Surface, Inc., Fetterolf Group, Inc., Gem Coal, Inc., Gene R Jones Trucking,

Inc., Matt Mining Company, Inc., Old Circle Coal Co. and Sodder Trucking Co.  None of the 13

defendants has answered or otherwise appeared in the action, and the Clerk of Court entered

default against the 13 defendants on February 8, 2005 (Dkt. # 21) upon motion of the plaintiff

Trustees (Dkt. #20).

**APPROVED, this 12th day of March, 2007.**

_____
**Richard D. Bennett**
**United States District Judge**

Respectfully submitted,

_____/s/_____

Howard R. Rubin - No. 16009
William E. Copley III
Sonnenschein Nath & Rosenthal LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Ph: (202) 408-9164
Fax: (202) 408-6399

_____/s/_____

Stephen J. Pollak
John Townsend Rich - No. 05794
(by Howard R. Rubin with permission
of Stephen J. Pollak)
Goodwin Procter LLP
901 New York Ave., N.W.
Washington, D.C. 20001
Ph: (202) 346-4000
Fax: (202) 346-4444

William J. Murphy - No. 00497
John J. Connolly - No. 09537
Murphy & Shaffer LLC
36 S. Charles Street, Suite 1400
Baltimore, MD 21201
Ph: (410) 783-7000
Fax: (410) 783-8823

Attorneys for Plaintiffs Michael H. Holland *et al.*,
Trustees of the UMWA Combined Benefit Fund

March 12, 2007

- 2 -

Case 1:04-cv-00679-RDB   Document 24   Filed 03/13/2007   Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 12th day of March 2007, served the Plaintiff Trustees'

Notice of Dismissal upon the parties who have not registered for electronic filing by causing

copies thereof to be delivered by first-class mail, postage prepaid, as follows:

ATLAS ALLOYS, INC.
P.O. Box 297
Atlasburg, PA 15004

FETTEROLF GROUP, INC.
227 New Centerville Road
Somerset, PA 15501

B & L EXCAVATION CO. INC.
Box 467
Lynco, WV 24857

GEN COAL CO.
1077 Virginia Road
Cheyenne, WY 82009-8034

B H & H COAL CO.
1008 Fifth Ave.
Ford City, PA 16226

GENE R. JONES TRUCKING, INC.
243 Ridge Ave.
Homer City, PA 15748

CHARBON BRIDGE INC.
P.O. Box 249
Madisonville, KY 42431

MATT MINING COMPANY, INC.
P.O. Box 940
Big Stone Gap, VA 24219

CONTINENTAL CONVEYOR
  & EQP CO.
P.O. Box 400
Winfield, AL 35594

OLD CIRCLE COAL
P.O. Box 3127
Pikesville, KY 41501

CONTRACTING ENGINEERING
148 Bristol East Road
Bristol, VA 24202

SODDER TRUCKING
P.O. Box 237
Alloy, WV 25002

DERBY SURFACE INC.
P.O. Box 940
Big Stone Gap, VA 24219

_____/s/_____
Howard R. Rubin